UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
DEC 0 2 2005

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 05-M57 |
| Plaintiff, | |
| vs. | FINDING OF PROBABLE CAUSE |
| MARCUS JACKSON, CLAY DELOACH, and CARLOS COOPER, | |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter came before the Court for an initial appearance, preliminary examination and detention hearing on Friday, December 2, 2005. Defendants each appeared in person and by their counsel of record and the government appeared by Assistant United States Attorney John Haak.

Based upon the testimony of DEA Special Agent Steve Hummel, the court finds probable cause to believe that Defendants have committed the acts alleged in the Complaint.

Dated at Sioux Falls, South Dakota, this 2nd day of December, 2005.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk of Courts

By _Shelly Margulies_____, Deputy

(SEAL)